JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Maher Roman, | Case No. ED CV 20-00157-AB (SHKx) |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| United States Department of Veterans Affairs, | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

On April 23, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was filed on that same date. On April 24, 2020 in light of the response, the Court continued the Order to Show Cause response deadline to May 7, 2020. No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  May 11, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.